**Ashley N. STEWART, Appellant,**

v.

**STEPHANIE ENTERTAINMENT, INC., Respondent.**

No. WD 74931.

Missouri Court of Appeals,
Western District.

May 14, 2013.

Charles F. Speer and Peter B. Bieri, Kansas City, MO, for appellant.

Larry J. Tyrl, Overland Park, KS, for respondent.

Before Division Three: ALOK AHUJA, P.J., and VICTOR C. HOWARD and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Appellant Ashley Stewart asserted tort claims against Respondent Stephanie Entertainment, Inc. and professional athlete Larry Johnson stemming from an assault committed by Johnson in a nightclub operated by Stephanie Entertainment. Stewart settled with Johnson before trial, and dismissed him from the litigation. A jury awarded Stewart compensatory damages of $70,000 against Stephanie Entertainment. After the verdict was entered, Stephanie Entertainment filed a Motion for Set Off and Credit, seeking a reduction of the verdict for the amount of Johnson's settlement payment under § 537.060, RSMo. The circuit court granted Stephanie Entertainment's motion, which had the effect of completely extinguishing Stephanie Entertainment's liability on the verdict.

Stewart appeals. We affirm. Rule 84.16(b)..